# ALABAMA COURT OF CRIMINAL APPEALS



September 5, 2025

**CR-2024-0520**

Antonio Tajuan Patterson v. State of Alabama (Appeal from Jefferson Circuit Court: CC-23-3620, CC-23-3621, and CC-23-3622)

## NOTICE

You are hereby notified that on September 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk